**Charles Lindy ALLISON, Jr., Respondent,**

v.

**Cindy Kay ALLISON, Appellant.**

No. 73350.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 29, 1998.

Ramon J. Morganstern, Clayton, for appellant.

M. Deborah Benoit, Clayton, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

**ORDER**

PER CURIAM.

Wife appeals from the trial court's award of primary physical custody to Husband. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The